IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OLIN LEVY,<br><br>        Plaintiff,<br><br>  vs.<br><br>COMERICA BANK,<br><br>        Defendant.<br>_____ / | No. CV 12-01296 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On April 10, 2012, the Court granted Plaintiff's application to proceed in forma pauperis and dismissed his complaint with leave to amend. Dkt. No. 6. The Court ordered Plaintiff to file any amended complaint by May 8, 2012, and warned him that failure to file an amended complaint may result in the dismissal of this case with prejudice. As Plaintiff has not filed an amended complaint, the Court ORDERS him to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by June 28, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on July 12, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 7, 2012

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARC OLIN LEVY,

        Plaintiff,

v.

COMERICA et al,

        Defendant.

Case Number: CV12-01296 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 7, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marc Olin Levy
505 Cypress Avenue, #205
South San Francisco, CA 94080

Dated: June 7, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2