IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARC OLIN LEVY,

        Plaintiff,

vs.

COMERICA BANK,

        Defendant.

_____/

No. CV 12-01296 MEJ

**ORDER VACATING CMC**

This case is scheduled for a Case Management Conference on June 28, 2012. However, as an order to show cause hearing is scheduled for July 12, the June 28 conference is VACATED.

**IT IS SO ORDERED.**

Dated: June 26, 2012

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARC OLIN LEVY,

        Plaintiff,

v.

COMERICA et al,

        Defendant.

Case Number: CV12-01296 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marc Olin Levy
505 Cypress Avenue, #205
South San Francisco, CA 94080

Dated: June 26, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2