IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARC OLIN LEVY

        Plaintiff,

vs.

COMERICA BANK,

        Defendant.
                                  /

No. CV 12-01296 MEJ

**ORDER DISMISSING CASE**

On April 10, 2012, the Court granted Plaintiff's application to proceed in forma pauperis and dismissed his complaint with leave to amend. Dkt. No. 6. The Court ordered Plaintiff to file any amended complaint by May 8, 2012, and warned him that failure to file an amended complaint may result in the dismissal of this case with prejudice. As Plaintiff failed to file an amended complaint, the Court ordered him to show cause by June 28, 2012, why this case should not be dismissed for failure to prosecute. Dkt. No. 7. The Court informed Plaintiff that it may dismiss the case if he failed to file a responsive pleading. Plaintiff has failed to respond.

Under Federal Rule of Civil Procedure 41(b), failure to comply with a court order can warrant dismissal. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). In "determining whether to dismiss a case for failure to comply with a court order, the district court must weigh five factors including '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives.'" *Id.* at 1260-61 (quoting *Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir. 1986)). Here, Plaintiff failed to comply with Court orders and deadlines, failed to respond to the order to show cause, and has made no appearance in this matter since the Court dismissed his complaint with leave to amend. Thus, as

there is no pending complaint, the Court finds that the *Ferdik* factors weigh in favor of dismissal and hereby DISMISSES this case WITHOUT PREJUDICE.  The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: July 3, 2012

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARC OLIN LEVY,

        Plaintiff,

v.

COMERICA et al,

        Defendant.

Case Number: CV12-1296 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marc Olin Levy
505 Cypress Avenue, #205
South San Francisco, CA 94080

Dated: July 3, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

3